FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 21, 2016

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL CHRISTIAN RADVANYI, | No.   2:16-CV-0106-SMJ |
| Plaintiff, | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| v. | |
| MR. PONTO, SRGT. BASS, SRGT. LONG, MR. PROP, MISS KIRBY, MR. ZAMBOA, MR. DINES, MR. WALKER & ASSOCIATES, MISS MANN, MEDICAL DEPARMTENT, POLICE NIGHT OF ARREST, MR. JONES, PEOPLE FROM BOOKING, JUDGE STAAB and COMMISSIONER CONGALIA, | |
| Defendants. | |

Before the Court is Magistrate Judge Rodgers' June 3, 2016 Report and Recommendation, ECF No. 23, recommending that Plaintiff's motions for injunctive relief be denied as moot. No objections have been filed.

After reviewing the Report and Recommendation, and relevant authorities, the Court finds the Magistrate Judge's findings are correct.  Therefore, the Court adopts the Report and Recommendation in its entirety.

ORDER **-** 1

1

Accordingly, **IT IS HEREBY ORDERED**:

2
    **1.**    The Report and Recommendation, **ECF No. 23**, is **ADOPTED** in its

3
    entirety.

4
    **2.**    Plaintiff's Motion, **ECF No. 11**, is **DENIED as moot**.

5
    **3.**    Plaintiff's Motion to Leave this Jail, **ECF No. 12**, is **DENIED as**

6
    **moot**.

7
    **IT IS SO ORDERED.**  The Clerk's Office is directed to enter this Order

8
and provide copies to all counsel and Magistrate Judge Rodgers.

9
    **DATED** this 21st day of June 2016.

10

11
    _____
    SALVADOR MENDOZA, JR.
    United States District Judge

12

13

14

15

16

17

18

19

20

Q:\SMJ\Civil\2016\Radvanyi v  Ponto et al-0106\ord adopt R&R lc1 docx

ORDER **-** 2