# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

MICHAEL CHRISTIAN RADVANYI

*Plaintiff*

v.

MR. PONTO, et al.

*Defendant*

Civil Action No. 2:16-cv-00106-SMJ

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Plaintiff's Complaint (ECF No. 21) is DISMISSED without prejudice for failure to state a claim under 28 U.S.C. §§ 1915(e)(2) and 1915A(b)(1).

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge SALVADOR MENDOZA, JR. the Complaint is DISMISSED without prejudice for failure to state a claim under 28 U.S.C. §§ 1915(e)(2) and 1915A(b)(1).

Date: 10/21/2016

*CLERK OF COURT*

SEAN F. McAVOY

s/ Allison Yates
*(By) Deputy Clerk*

Allison Yates